IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARRY A. FISHER, RECEIVER FOR BILLIONS COUPONS, INC., (*aka* BILLION COUPONS INVESTMENT), <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br>MARVIN R. COOPER AND KENNEDY LILI COOPER, <br><br>　　　　　Defendants. <br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL NO. 09-00232 JMS/LEK

ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 30, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST

///

///

///

///

DEFENDANTS" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 15, 2010.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Fisher v. Cooper et al.*, Civ. No. 09-00232 JMS/LEK; Order Adopting Magistrate's Findings and Recommendation